FILED

DEC 04 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID SAMPSON HUNTER, | Case No. C 14-2217 PSG (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| SANTA ROSA COPS, et al., | |
| Defendants. | |

David Hunter, a pretrial detainee proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983. Hunter also has filed a motion for leave to proceed in forma pauperis ("IFP"). On August 29, 2014, the court issued an order to show cause for Hunter to either pay the full filing fee, or explain why his motion for leave to proceed IFP should not be denied and this action should not be dismissed pursuant to 28 U.S.C. § 1915(g).

On September 12, 2014, the order sent to Hunter was returned as undeliverable because Hunter was not in custody. On November 14, 2014, Hunter submitted a notice of change of address in *Hunter v. Mark*, No. 14-1446 PSG (N.D. Cal. filed March 28, 2014), which was dismissed on August 28, 2014.

Because Hunter never received the August 29, 2014, order to show cause, the Clerk is directed to mail the order (docket no. 8) to Hunter at his current address in Santa Rosa. Hunter is

Case No. C 14-2217 PSG (PR)
ORDER

1  ORDERED TO SHOW CAUSE in writing no later than thirty (30) days from the date of this
2  order why his motion for leave to proceed IFP should not be denied and this action should not be
3  dismissed pursuant to 28 U.S.C. § 1915(g). If Hunter is so inclined, he may avoid dismissal by
4  paying the $400.00 filing fee. In any event, the court will continue to review under
5  Section 1915(g) all future actions filed by Hunter while he is incarcerated in which he seeks IFP
6  status. Failure to file a timely response or failure to pay the full filing fee will result in the
7  dismissal of this action without further notice.
8      IT IS SO ORDERED.
9  DATED: _12-3-14_            _____
                                                           PAUL S. GREWAL
10                                                            United States Magistrate Judge

Case No. C 14-2217 PSG (PR)
ORDER