IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID SAMPSON HUNTER, | ) | Case No. C 14-2217 PSG (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SANTA ROSA COPS, et al., | ) | |
| Defendants. | ) | |

    David Hunter, a pretrial detainee proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Hunter also filed a motion for leave to proceed in forma pauperis ("IFP").

    On August 29, 2014, the court issued an order to show cause for Hunter to either pay the full filing fee, or explain why his motion for leave to proceed IFP should not be denied and this action should not be dismissed pursuant to 28 U.S.C. § 1915(g).  After the order was returned as undeliverable, and Hunter updated his address, on December 4, 2014, the court re-issued its order to show cause to Hunter's updated address.  The court warned Hunter that his failure to respond or pay the $400.00 filing fee within thirty days would result in dismissal of the action without further notice.

    More than thirty days have passed and Hunter has not communicated with the court.

Case No. C 14-2217 PSG (PR)
ORDER OF DISMISSAL

1  Accordingly, Hunter's motion to proceed in forma pauperis is DENIED.  This action is
2  DISMISSED without prejudice to Hunter's refiling his claims in a new case in which Hunter
3  pays the filing fee.  The Clerk shall terminate all pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED:  1/12/2015

  PAUL S. GREWAL
6  United States Magistrate Judge

Case No. C 14-2217 PSG (PR)
ORDER

2